**People of the State of Illinois, Plaintiff-Appellee, v. Bobbie Satterfield, Defendant-Appellant.**

**Gen. No. 53,105.**

First District, Second Division.

October 7, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (John E. Hughes, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, and Robert Kelty, Special Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.